793 A.2d 902

FAYETTE COUNTY HOUSING AUTHORITY, Petitioner,

v.

HOUSING AND REDEVELOPMENT INSURANCE EXCHANGE and Katherine Umbel, an adult individual in her own right and as parent and natural guardian of her minor son, Corey Brown, Respondents.

Supreme Court of Pennsylvania.

March 27, 2002.

## ORDER

PER CURIAM.

AND NOW, this 27th day of March, 2002, the Petition for Allowance of Appeal is hereby GRANTED, and the case is remanded to the trial court for consideration of this Court's decision in *Lititz Mutual Ins. Co. v. Steely,* 785 A.2d 975 (Pa.2001).